FILED IN OPEN COURT
U.S.D.C. Atlanta

SEP 04 2026

Kevin P. Weimer, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>SERGEI ANATOLYEVICH FILIMONOV | Criminal Action No.<br>1:25-cr-0491 |

**Government's Motion for Detention**

The United States of America, by counsel, Theodore S. Hertzberg, United States Attorney, and Jessica C. Morris, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case**

This case is eligible for a detention order because this case involves:

A serious risk that the defendant will flee.

**2. Reason for Detention**

The Court should detain the defendant because there are no conditions of release that will reasonably assure the appearance of the person as required.

**3. Time for Detention Hearing**

The United States requests the Court conduct the detention hearing after continuance of 3 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: September 4, 2026.

Respectfully submitted,

THEODORE S. HERTZBERG
United States Attorney

/S/ JESSICA C. MORRIS
Assistant U.S. Attorney
Ga. Bar No. 100907

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6053

**Certificate of Service**

I served this document today by handing a copy to defense counsel:

Keenen Twymon, Esq.
Federal Defender Program, Inc.
101 Marietta Street
Suite 1500
Atlanta, Georgia 30303

September 4, 2026

/s/JESSICA C. MORRIS
Assistant U.S. Attorney